JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALBERTO SANCHEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>CURACAO, LTD., A CALIFORNIA LIMITED PARTNERSHIP AND DOES 1-20,<br><br>        Defendants. | Case No. 2:12-cv-04466 MMM (RZx)<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Action Filed: March 20, 2012<br>Trial Date:    None Set<br>Judge:         Hon. Margaret M. Morrow |

Pursuant to the Stipulation of the Parties and for good cause shown,

**IT IS ORDERED** that this action is remanded back to Los Angeles Superior Court, Case No. BC480669.

Dated: July 20, 2012

_____
Margaret M. Morrow
United States District Court Judge